|  |  |
|---|---|
| The Honorable: | JACK B. SCHMETTERER |
| Chapter 7 |  |
| Location: | Room 682 |
| Hearing Date: | 02/11/2010 |
| Hearing Time: | 10:30am |

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:   JOSLYN, MARK S.           §      Case No. 07-22844
         JOSLYN, DAWN L.           §
Debtor(s)                          §

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>KAREN R. GOODMAN</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, Illinois

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 02/11/2010 in Courtroom 682, United States Courthouse Courthouse, 219 South Dearborn Street,Chicago, Illinois 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: <u>01/12/2010</u>         By:   /s/KAREN R. GOODMAN
                                              Trustee

Karen R. Goodman (#1008242)
SHEFSKY & FROELICH LTD.
111East Wacker Drive, Suite 2800
Chicago, Illinois  60601-3713
Phone: (312) 527-4000
Fax: (312) 527.5921

UST Form 101-7-NFR (9/1/2009)

KAREN R. GOODMAN  
SHEFSKY & FROELICH, LTD  
111 East Wacker Drive  
SUITE 2800  
CHICAGO, IL 60601  
(312) 527-4000  
   Chapter 7 Trustee

The Honorable:   JACK B. SCHMETTERER  
Chapter 7  
Location:   Room 682  
Hearing Date:   02/11/2010  
Hearing Time:   10:30  
Response Date:   / /

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: JOSLYN, MARK S.      §   Case No. 07-22844  
    JOSLYN, DAWN L.      §  
               §  
Debtor(s)            §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*    $   18,524.06

*and approved disbursements of*    $   14.92

*leaving a balance on hand of* [1]    $   18,509.14

Claims of secured creditors will be paid as follows:

*Claimant*                    *Proposed Payment*  
         N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

     *Reason/Applicant*        *Fees*        *Expenses*

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Trustee* | KAREN R. GOODMAN | $ 2,602.33 | $ 18.80 |
| *Attorney for trustee* | SHEFSKY & FROELICH, LTD | $ 4,059.50 | $ |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Attorney for debtor* | | $ | $ |
| *Attorney for* | | $ | $ |
| *Accountant for* | | $ | $ |
| *Appraiser for* | | $ | $ |
| *Other* | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-NFR (9/1/2009)**

Timely claims of general (unsecured) creditors totaling $ 2,892,479.59 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.4 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Discover Bank/DFS Services LLC | $ 1,259.58 | $ 5.15 |
| 2 | CHASE BANK USA | $ 16,868.45 | $ 68.98 |
| 3 | Ungaretti & Harris, LLP | $ 26,963.47 | $ 110.26 |
| 4 | United States Fidelity & Guar. c/o | $ 2,847,388.09 | $ 11,643.34 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-NFR (9/1/2009)**

Prepared By: /s/KAREN R. GOODMAN
Trustee

KAREN R. GOODMAN
111 East Wacker Drive
SUITE 2800
CHICAGO, IL 60601

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: dpruitt               Page 1 of 1              Date Rcvd: Jan 13, 2010
Case: 07-22844                 Form ID: pdf006             Total Noticed: 27

The following entities were noticed by first class mail on Jan 15, 2010.
db/jdb        +Mark S. Joslyn,   Dawn L. Joslyn,   9325 S. Damen Avenue,   Chicago, IL 60643-6336
aty           +Alex Pirogovsky,   Pirogovsky Fremderman, Ltd.,   3100 Dundee Road,   Suite 507,
                Northbrook, IL 60062-2449
tr            +Karen R Goodman, ESQ,   Shefsky & Froelich Ltd,   111 East Wacker Drive,   Suite 2800,
                Chicago, IL 60601-3713
11793506      +Acuity f/k/a Heritage,   2800 S. Taylor Dr.,   Sheboygan, WI 53081-8474
11793507      +Astoria Federal,   200 Marcus Ave.,   Lake Success, NY 11040-3417
11793508      +Athletex P.T.,   4114 Southwest Highway,   Hometown, IL 60456-1135
12045320      +CHASE BANK USA,   C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
                SEATTLE, WA 98121-3132
11793510      +Cook County Treasurer,   118 N. Clark Street,   Room 112,   Chicago, IL 60602-1590
11793511      +Crum & Foster,   10 S. Wacker Dr.,   Chicago, IL 60606-7453
11793513      +GMAC,   P.O. Box 3100,   Midland, TX 79702-3100
11793514      +Gregory Grzeslo,   1657 W. Grace,   Chicago, IL 60613-2747
11793515      +Harris Bank,   3800 Golf Rd.,   Ste. 300,   Rolling Meadows, IL 60008-4005
11793518     ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
                PHILADELPHIA PA 19114-0326
              (address filed with court: Internal Revenue Service,   230 S. Dearborn St.,   Mail Stop 5010 CHI,
                Chicago, IL 60604)
11793516      +Idala H. Strouse,   Marc M. Pekay, PC,   30 N. LaSalle St., Ste. 2426,   Chicago, IL 60602-2504
11793517       Illinois Department of Revenue Bankruptcy Section,   P.O. Box 64338,   Chicago, IL 60664-0338
11793519      +Joanne Joslyn,   9160 S. Hamilton,   Chicago, IL 60643-6436
11793520      +Louis Chavez,   2328 Buckingham,   Westchester, IL 60154-5144
11793521      +MasterCard Citi Cards,   P.O. Box 183037,   Columbus, OH 43218-3037
11827085      +ST PAUL SURETY,   5801 SMITH AVENUE,   BALTIMORE MD 21209-3652
11793522      +Scott Joslyn,   9160 S. Hamilton,   Chicago, IL 60643-6436
11793523       Ungaretti & Harris LLP,   3500 Three First National Plaza,   Chicago, IL 60602
12270092       Ungaretti & Harris, LLP,   c/o R. Scott Alsterda,   3500 Three First National Plaza,
                Chicago, IL 60602
11793524      +United States Fidelity & Guar. c/o,   Hinshaw & Culbertson/John Sebastian,
                222 N. LaSalle St., Ste. 300,   Chicago, IL 60601-1081
11793525      +Visa Card Member Services,   P.O. Box 15153,   Wilmington, DE 19850-5153

The following entities were noticed by electronic transmission on Jan 13, 2010.
11793509      +E-mail/Text: legalcollections@comed.com                             Commonwealth Edison,
                Bill Payment Center,   Chicago, IL 60668-0001
11793512       E-mail/PDF: mrdiscen@discoverfinancial.com Jan 14 2010 02:03:31      Discover Card,
                P.O. Box 30395,   Salt Lake City, UT 84130
12003820       E-mail/PDF: mrdiscen@discoverfinancial.com Jan 14 2010 02:03:31
                Discover Bank/DFS Services LLC,   PO Box 3025,   New Albany OH 43054-3025
                                                                                              TOTAL: 3

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 15, 2010**                         **Signature:** *Joseph Speetjens*