# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: JOSLYN, MARK S. | § Case No. 07-22844 |
| JOSLYN, DAWN L. | § |
| | § |
| Debtor(s) | § |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

KAREN R. GOODMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $0.00 | Assets Exempt: $83,069.16 |
| Total Distribution to Claimants: $11,829.53 | Claims Discharged Without Payment: $2,880,650.06 |
| Total Expenses of Administration: $6,695.55 | |

3) Total gross receipts of $ 18,525.08 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $18,525.08 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (9/1/2009)

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 6,695.55 | 6,695.55 | 6,695.55 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from Exhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | 4,308,907.93 | 2,892,479.59 | 2,892,479.59 | 11,829.53 |
| **TOTAL DISBURSEMENTS** | $4,308,907.93 | $2,899,175.14 | $2,899,175.14 | $18,525.08 |

4) This case was originally filed under Chapter 7 on December 05, 2007. . The case was pending for 27 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/10/2010   By: /s/KAREN R. GOODMAN
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| Cash in Debtors' Possession | 1129-000 | 80.00 |
| Checking Account - Fifth Third Bank | 1129-000 | 620.48 |
| AG Edwards Stock Account (Net Value) Account val | 1129-000 | 1,470.00 |
| Standard Bank - Checking Account | 1129-000 | 3,743.52 |
| 8 rooms of used household goods, furnishings and | 1129-000 | 2,800.00 |
| (d) 50% interest in Trans America Life Insurance | 1129-000 | 9,786.00 |
| Interest Income | 1270-000 | 25.08 |
| **TOTAL GROSS RECEIPTS** | | **$18,525.08** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| N/A | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 —SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

UST Form 101-7-TDR (9/1/2009)

### EXHIBIT 3 –SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL SECURED CLAIMS | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| KAREN R. GOODMAN | 2100-000 | N/A | 2,602.33 | 2,602.33 | 2,602.33 |
| KAREN R. GOODMAN | 2200-000 | N/A | 18.80 | 18.80 | 18.80 |
| SHEFSKY & FROELICH, LTD | 3110-000 | N/A | 4,059.50 | 4,059.50 | 4,059.50 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 14.92 | 14.92 | 14.92 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 6,695.55 | 6,695.55 | 6,695.55 |

### EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

**UST Form 101-7-TDR (9/1/2009)**

### EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Discover Bank/DFS Services LLC | 7100-000 | N/A | 1,259.58 | 1,259.58 | 5.15 |
| CHASE BANK USA | 7100-000 | 16,930.37 | 16,868.45 | 16,868.45 | 68.99 |
| Ungaretti & Harris, LLP | 7100-000 | 26,017.97 | 26,963.47 | 26,963.47 | 110.27 |
| United States Fidelity & Guar. c/o | 7100-000 | 4,265,959.59 | 2,847,388.09 | 2,847,388.09 | 11,645.12 |
| TOTAL GENERAL UNSECURED CLAIMS | | 4,308,907.93 | 2,892,479.59 | 2,892,479.59 | 11,829.53 |

**UST Form 101-7-TDR (9/1/2009)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 07-22844
**Case Name:** JOSLYN, MARK S.
JOSLYN, DAWN L.
**Period Ending:** 03/10/10

**Trustee:** (520191) KAREN R. GOODMAN
**Filed (f) or Converted (c):** 12/05/07 (f)
**§341(a) Meeting Date:** 01/08/08
**Claims Bar Date:** 05/27/08

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Single Family Home at 9325 S. Damen Avenue, 100% | 480,000.00 | 0.00 | | 0.00 | FA |
| 2 | Cash in Debtors' Possession | 80.00 | 80.00 | | 80.00 | FA |
| 3 | Checking Account - Fifth Third Bank | 620.48 | 620.48 | | 620.48 | FA |
| 4 | AG Edwards Stock Account (Net Value) Account val | 9,470.40 | 9,470.40 | | 1,470.00 | FA |
| 5 | Standard Bank - Checking Account | 4,156.00 | 4,156.00 | | 3,743.52 | FA |
| 6 | 8 rooms of used household goods, furnishings and | 2,800.00 | 2,800.00 | | 2,800.00 | FA |
| 7 | Miscellaneous personal books, pictures, compact | 475.00 | 0.00 | | 0.00 | FA |
| 8 | Personal clothing for family of four | 300.00 | 0.00 | | 0.00 | FA |
| 9 | Personal jewelry, watches and wedding rings | 300.00 | 300.00 | | 0.00 | FA |
| 10 | (a) Pacific Policy owned by Dawn (Variable Life) | 15,383.04 | 0.00 | | 0.00 | FA |
| 11 | (b) Signa Life Insurance Policy owned by Dawn (W | 0.00 | 0.00 | | 0.00 | FA |
| 12 | (c) New York Life Insurance Policy owned by Dawn | 1,521.39 | 0.00 | | 0.00 | FA |
| 13 | (d) 50% interest in Trans America Life Insurance | 9,786.56 | 9,786.56 | | 9,786.00 | FA |
| 14 | AG Edwards - IRA | 9,758.78 | 0.00 | | 0.00 | FA |
| 15 | New York Life Annuity - IRA | 20,830.95 | 0.00 | | 0.00 | FA |
| 16 | Insurance Broker's License; Non-Transferable | 0.00 | 0.00 | | 0.00 | FA |
| 17 | Real Estate Broker's License; Non-Transferable | 0.00 | 0.00 | | 0.00 | FA |
| 18 | 2004 Pontiac Vibe | 7,500.00 | 544.26 | | 0.00 | FA |
| 19 | 2001 Ford Escort | 3,000.00 | 0.00 | | 0.00 | FA |
| 20 | Dog | 0.00 | 0.00 | | 0.00 | FA |
| 21 | Implements, books and tools of the trade | 0.00 | 0.00 | | 0.00 | FA |
| 22 | Implements, books and tools of the trade | 0.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 25.08 | FA |
| 23 | Assets Totals (Excluding unknown values) | $565,982.60 | $27,757.70 | | $18,525.08 | $0.00 |

**Major Activities Affecting Case Closing:**

Hearing on TFR (2/11/10); distribution; file TDR.

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 07-22844 | | Trustee: | (520191) KAREN R. GOODMAN |
|---|---|---|---|---|
| Case Name: | JOSLYN, MARK S. | | Filed (f) or Converted (c): | 12/05/07 (f) |
| | JOSLYN, DAWN L. | | §341(a) Meeting Date: | 01/08/08 |
| Period Ending: | 03/10/10 | | Claims Bar Date: | 05/27/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Initial Projected Date Of Final Report (TFR):   March 31, 2009   Current Projected Date Of Final Report (TFR):   January 12, 2010  (Actual)

Case 07-22844    Doc 62    Filed 03/16/10    Entered 03/16/10 12:15:10    Desc Main
Document    Page 8 of 10

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 07-22844 |
|---|---|
| Case Name: | JOSLYN, MARK S. |
| | JOSLYN, DAWN L. |
| Taxpayer ID #: | 13-7601466 |
| Period Ending: | 03/10/10 |

| Trustee: | KAREN R. GOODMAN (520191) |
|---|---|
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****75-65 - Money Market Account |
| Blanket Bond: | $61,494,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 05/15/08 | | STANDARD BANK AND TRUST CO | SALE OF NON-EXEMPT ASSETS TO DEBTORS PER CT ORDER DATED 5/22/08 | | | 18,500.00 | | 18,500.00 |
| | {2} | | Settlement with debtors for non-exempt assets per ct. order | 80.00 | 1129-000 | | | 18,500.00 |
| | {3} | | Settlement with debtors for non-exempt assets per ct. order. | 620.48 | 1129-000 | | | 18,500.00 |
| | {4} | | Settlement with debtors for non-exempt assets per ct. order | 1,470.00 | 1129-000 | | | 18,500.00 |
| | {6} | | Settlement with debtors for non-exempt assets per ct. order. | 2,800.00 | 1129-000 | | | 18,500.00 |
| | {13} | | Settlement with debtors for non-exempt assets per ct. order. | 9,786.00 | 1129-000 | | | 18,500.00 |
| | {5} | | Settlement with debtors for non-exempt assets per ct. order. | 3,743.52 | 1129-000 | | | 18,500.00 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | | 1270-000 | 0.83 | | 18,500.83 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | | 1270-000 | 2.35 | | 18,503.18 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | | 1270-000 | 2.35 | | 18,505.53 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | | 1270-000 | 2.20 | | 18,507.73 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | | 1270-000 | 2.42 | | 18,510.15 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | | 1270-000 | 2.01 | | 18,512.16 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | | 1270-000 | 1.45 | | 18,513.61 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 1.31 | | 18,514.92 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.75 | | 18,515.67 |
| 02/06/09 | 1001 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 02/06/2009 FOR CASE #07-22844, CHAPTER 7 BLANKET BOND ILLINOIS-CHICAGO-NORTHERN DISTRICT | | 2300-000 | | 14.92 | 18,500.75 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.70 | | 18,501.45 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.80 | | 18,502.25 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.75 | | 18,503.00 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.72 | | 18,503.72 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.80 | | 18,504.52 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.78 | | 18,505.30 |

Subtotals :    $18,520.22    $14.92

{} Asset reference(s)    Printed: 03/10/2010 04:28 PM    V.11.54

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 07-22844 | | Trustee: | KAREN R. GOODMAN (520191) |
|---|---|---|---|---|
| Case Name: | JOSLYN, MARK S. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | JOSLYN, DAWN L. | | Account: | ***-*****75-65 - Money Market Account |
| Taxpayer ID #: | 13-7601466 | | Blanket Bond: | $61,494,000.00  (per case limit) |
| Period Ending: | 03/10/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.78 | | 18,506.08 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.75 | | 18,506.83 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.75 | | 18,507.58 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.78 | | 18,508.36 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.78 | | 18,509.14 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.72 | | 18,509.86 |
| 02/11/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.30 | | 18,510.16 |
| 02/11/10 | | To Account #********7566 | FUNDS TRANSFER | 9999-000 | | 18,510.16 | 0.00 |
| | | | ACCOUNT TOTALS | | 18,525.08 | 18,525.08 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 18,510.16 | |
| | | | Subtotal | | 18,525.08 | 14.92 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $18,525.08 | $14.92 | |

{} Asset reference(s)

Printed: 03/10/2010 04:28 PM   V.11.54

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 07-22844 | | Trustee: | KAREN R. GOODMAN (520191) |
|---|---|---|---|---|
| Case Name: | JOSLYN, MARK S. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | JOSLYN, DAWN L. | | Account: | \*\*\*-\*\*\*\*\*75-66 - Checking Account |
| Taxpayer ID #: | 13-7601466 | | Blanket Bond: | $61,494,000.00 (per case limit) |
| Period Ending: | 03/10/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/11/10 | | From Account #\*\*\*\*\*\*\*\*7565 | FUNDS TRANSFER | 9999-000 | 18,510.16 | | 18,510.16 |
| 02/11/10 | 101 | KAREN R. GOODMAN, TRUSTEE | TRUSTEE EXPENSES PER COURT ORDER DATED 02/11/2010 | 2200-000 | | 18.80 | 18,491.36 |
| 02/11/10 | 102 | KAREN R. GOODMAN, TRUSTEE | TRUSTEE COMPENSATION PER COURT ORDER DATED 02/11/2010 | 2100-000 | | 2,602.33 | 15,889.03 |
| 02/11/10 | 103 | SHEFSKY & FROELICH, LTD | TRUSTEE'S ATTORNEYS' FEES AND EXPENSES PER COURT ORDER DATED 02/11/2010 | 3110-000 | | 4,059.50 | 11,829.53 |
| 02/11/10 | 104 | Discover Bank/DFS Services LLC | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 1 | 7100-000 | | 5.15 | 11,824.38 |
| 02/11/10 | 105 | CHASE BANK USA | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 2 | 7100-000 | | 68.99 | 11,755.39 |
| 02/11/10 | 106 | Ungaretti & Harris, LLP | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 3 | 7100-000 | | 110.27 | 11,645.12 |
| 02/11/10 | 107 | United States Fidelity & Guar. c/o | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 4 | 7100-000 | | 11,645.12 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | | 18,510.16 | 18,510.16 | $0.00 |
| Less: Bank Transfers | | 18,510.16 | 0.00 | |
| Subtotal | | 0.00 | 18,510.16 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $0.00 | $18,510.16 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # \*\*\*-\*\*\*\*\*75-65 | 18,525.08 | 14.92 | 0.00 |
| Checking # \*\*\*-\*\*\*\*\*75-66 | 0.00 | 18,510.16 | 0.00 |
| | $18,525.08 | $18,525.08 | $0.00 |

{} Asset reference(s)

Printed: 03/10/2010 04:28 PM  V.11.54